THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LLOYD STALLARD, et al.,<br><br>v.<br><br>REDNER'S MARKETS, INC., et al. | CIVIL ACTION<br><br>No. 24-6647 |

## ORDER

**AND NOW**, this 3rd day of July, 2025, upon consideration of the plaintiffs' Motion to Remand and the opposition thereto, it is hereby **ORDERED**:

1. The motion (ECF 5) is **GRANTED**.

2. This case is **REMANDED** to the Court of Common Pleas of Montgomery County.

3. The Clerk is **DIRECTED** to mail a certified copy of this order to the Clerk of the Court of Common Pleas of Montgomery County.

4. The Clerk is **DIRECTED** to mark this case closed.

**BY THE COURT**:

*s/ Catherine Henry*
**CATHERINE HENRY, J.**